```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MIGUELINA CALDERON,

                              Plaintiff,

                   -v-

CITY OF NEW YORK, et. al,

                             Defendants.

------------------------------------------------------------------X

14 Civ. 1082 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On August 11, 2014 defendants submitted a letter, requesting that the Court remove the case from this District's § 1983 plan, and to schedule a pre-motion conference with regard to defendants' anticipated motion to dismiss. Dkt. 7. On August 12, 2014, plaintiff Miguelina Calderon ("Calderon") submitted a letter opposing defendants' requests. Dkt. 8.

    The gravamen of Calderon's Complaint is that officers from the New York City Police Department searched her apartment pursuant to a search warrant obtained through the use of false information. Calderon also asserts that she was improperly detained while the officers executed the warrant. According to Calderon, the individual who was the proper subject of the warrant lived in a different apartment. That individual was later arrested after a search of his apartment uncovered drugs.

    Defendants assert that the case should be removed from the § 1983 plan and that they should be permitted to file a motion to dismiss on the basis that: (1) Calderon's claim regarding the invalidity of the warrant are conclusory; and (2) her claim regarding her detention should be dismissed as a matter of law. Calderon opposes defendants' application on the grounds that

defendants have failed to comply with their discovery obligations under the § 1983 Plan. Specifically, Calderon asserts that defendants have failed to provide the original Affidavits that provided the factual basis for the two search warrants at issue. In fact, according to Calderon, defendants have not provided any documents in discovery that reflect the probable cause showing made by the officers in support of their application for the relevant search warrants. Calderon would therefore be incapable of opposing defendants' motion to dismiss.

Defendants have not responded to Calderon's claim that they have failed to provide relevant discovery materials. Until all discovery has been produced, defendants' requests for a pre-motion conference and removal from the § 1983 plan are premature. Accordingly, defendants' application is denied without prejudice to renewal once the original Affidavits that served as the factual basis for the search warrants are produced to Calderon. Defendants are directed to produce these Affidavits to Calderon by August 26, 2014.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 19, 2014
       New York, New York