# ROTHSTEIN LAW PLLC
**11 Park Place**
**Suite 1100**
**New York, New York 10007**
**(212) 577-9797**

**Member NY & NJ Bars**                                                                                   **Fax (212) 577-9799**

December 9, 2015

**Via ECF**

The Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Miguelina Calderon v. City of New York, et al.
              Southern District of New York
              <u>14 CV 1082</u>

Dear Judge Francis:

      I represent plaintiff in the above-referenced matter, which is scheduled for a settlement conference with Your Honor on December 14, 2015.  Defense counsel has informed me that he does not have final settlement authority from the Comptroller's Office but he does not believe we are in the same neighborhood. Therefore I am not optimistic that the case will settle at the conference. Accordingly, I respectfully request that plaintiff be excused from appearing in person and be available by telephone. I do not want her to needlessly miss a day of work.

                                              Very truly yours,

                                              **ROTHSTEIN LAW PLLC**

                                              _____/s/_____
                                      By:    Eric E. Rothstein

cc:    New York City Law Department
         100 Church Street
         New York, New York 10007
         Via ECF