UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MIGUELINA CALDERON,

                            Plaintiff,

          -v-

CITY OF NEW YORK, et. al,

                            Defendants.

------------------------------------------------------------------X

14 Civ. 1082 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's conference, the Court makes the following rulings on the parties' motions *in limine*:

- Defense motion nos. 1, 3(a), 3(b), 4, 5, 6, and 7 are granted.
- Defense motions #2 and #10 are denied.
- Defense motion #8 is moot.
- Defense motion #9 is granted except as to the ADT witness.
- Defense motion #11 is granted in part and denied in part, as specified on the record.
- Plaintiff's motions *in limine* are all denied.

The Court directs the Clerk to close the motion pending at docket number 90.

    SO ORDERED.

                                              *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: July 28, 2016
        New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2016