UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MIGUELINA CALDERON,                                    :
                                                       :
                              Plaintiff,               :
                                                       :              14 Civ. 1082 (PAE)
               -v-                                     :
                                                       :
JAMES SOUTH and ALEXANDER SOSA,                        :              VERDICT FORM
                                                       :
                              Defendants.              :
                                                       :
-------------------------------------------------------------------- X

## PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS

### *All Answers Must Be Unanimous*

1.     Has plaintiff established by a preponderance of the evidence that the following
       defendants violated the plaintiff's civil rights by causing her to be falsely arrested:

                (a)     James South            YES_____        NO____X____

                (b)     Alexander Sosa         YES_____        NO____X____

               *[If you answered "No" to all parts of Question 1, then skip the rest of the
               questions, sign your names in the space provided on page 3, fill in the date, and
               inform the officer that you have reached a verdict. If you answered "Yes" to any
               part of Question 1, then proceed to Question 2.]*

2.     Has plaintiff proved, by a preponderance of the evidence, that she suffered compensatory
       damages as a result of being subjected to false arrest?

               YES_____          NO_____

       *[Question 2 is continued on the next page.]*

If so, what amount of compensatory damages do you award?

Compensatory Damages:     $_____

*[If you answered "No" to Question 2, then proceed to Question 3. If you answered "Yes" to Question 2, then skip to Question 4.]*

3. If you have found that plaintiff proved her claims against a defendant (Question 1), but have found that plaintiff has not proven compensatory damages, you must award nominal damages. What amount of nominal damages (not to exceed $1) do you award?

Nominal Damages:     $_____

*[Proceed to Question 4 regardless of your answer to Question 3.]*

4. If you have found that plaintiff proved her claims against a defendant (Question 1), has plaintiff proved, by a preponderance of the evidence, that she is entitled to punitive damages from that defendant?

| | | | |
|---|---|---|---|
| (a) | James South | YES_____ | NO_____ |
| (b) | Alexander Sosa | YES_____ | NO_____ |

If so, what amount of punitive damages do you award?

| | | |
|---|---|---|
| (a) | James South | $_____ |
| (b) | Alexander Sosa | $_____ |

*[Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.]*

After completing the form, each juror who agrees with this verdict must sign below:

#5 _____  #4 _____
   Foreperson

#1 _____  #6 _____

#2 _____  #7 _____

#3 _____  #8 _____

Dated: _____9/21/2016_____